FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN -8 2016 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SHANTALE CHERY, JASON A. HOYLER AND DAWN GREMPEL,

Docket No: 2:15-cv-06525-LDW-AYS

Plaintiff,

-against-

COMPUTER CREDIT, INC,

Defendant.

## STIPULATION OF DISMISSAL
## PURSUANT TO FED. R. CIV. PROC. §41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorneys' fees and costs.

| | |
|---|---|
| ROBERT DOUGHTERY | BARSHAY SANDERS, PLLC |
| /s Robert Dougherty | /s Craig B. Sanders |
| Robert Dougherty, Esq. | Craig B. Sanders, Esq. |
| 226 Seventh Street | 100 Garden City Plaza, Suite 500 |
| Suite 202 | Garden City, New York 11530 |
| Garden City, NY 11530 | Tel. (516) 203-7600 |
| (516) 873-0808 | Fax (516) 706-5055 |
| *Attorneys for Defendant* | Our File No: 109702 |
| | *Attorneys for Plaintiff* |

SO ORDERED.

Dated: Central Islip, N.Y.
1/8/16